**Order entered April 22, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00035-CV

**FLORIDA SUNSHINE STANFORD, Appellant**

**V.**

**CALIBER HOME LOANS AND U.S. BANK TRUST, N.A., Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00604-2020**

## ORDER

By letter filed April 21, 2021, court reporter Karla Kimbrell informs the Court that no reporter's record exists of the underlying proceedings. Accordingly, as the clerk's record has been filed, we **ORDER** appellant to file her brief no later than May 24, 2021.

/s/    KEN MOLBERG
JUSTICE